UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.                              CRIMINAL ACTION NO. 5:24-cr-00088

MACARTHUR WALKER, JR.

### ORDER

On September 3, 2024, all counsel and the Defendant appeared for a guilty plea hearing. Count Two of the Indictment charges the Defendant with forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with a person designated in 18 U.S.C. § 1114 while such person was engaged in the performance of official duties, in violation of 18 U.S.C. § 111(a)(1). [Doc. 15]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on September 3, 2024. [Doc. 46]. Objections in this case were due on September 20, 2024. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **AS MOULDED [Doc. 46]** and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER: September 26, 2024

Frank W. Volk
Chief United States District Judge